UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON"
IN THE GULF OF MEXICO, ON APRIL 20, 2010

22-cv-919     Ripp v. BP Exploration & Production, Inc., et al.,     )
              S.D. Alabama, C.A. No. 1:22-00116                       )          MDL No. 2179

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Ripp*) on March 21, 2022. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ripp* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn his opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-143" filed on March 21, 2022, is LIFTED. This action is transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Carl J. Barbier.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel