**Subject:** Transferred case has been opened
**Date:**  Monday, April 11, 2022 at 10:48:15 AM Central Daylight Time
**From:**  Efile_Notice@laed.uscourts.gov
**To:**   ALSDdb_InterDistrictTransfer_ALSD

CASE: 1:22-cv-00116

DETAILS: Case transferred from Alabama Southern has been opened in Eastern District of Louisiana as case 2:22-cv-00919, filed 04/11/2022.